McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAFIZ ABDUL ABQI, | No. 08-cv-1792 JAM DAD |
| Plaintiff, | STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenged the delay in adjudication of his applications to adjust status to that of lawful permanent resident by defendant United States Citizenship and Immigration Services. As of the time of this filing, this application has been adjudicated. Accordingly, the parties stipulate to the dismissal of this lawsuit.

Dated: October 1, 2008

                                    McGREGOR W. SCOTT
                                    United States Attorney

By:   /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:   /s/ Avantika Shastri
        Avantika Shastri
        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.

IT IS SO ORDERED.

DATED: 10/01/2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE